**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
*e-mail: vshjah@aol.com*

Attorney for Defendant
**MIGUEL PRADO**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CR-S-02-021-DFL |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| **MIGUEL PRADO,** ) | |
| Defendant. ) | |
| ———————————— ) | |

Pursuant to the order issued by the Ninth Circuit herein on April 20, 2006, this court conducted a hearing in this matter on May 11, 2006. CSR Dennis McKinnon personally appeared at the hearing. Victor S. Haltom appeared at the hearing as counsel for defendant and appellant Miguel Prado. AUSA Jason Hitt appeared on behalf of the government.

Based upon the hearing conducted, the court finds that Court Reporter Dennis McKinnon should not be held in contempt. Apparently there was a mix-up in the transcript designation process in this case. As a result, no designation of transcripts was ever completed. How this may have occurred is not entirely clear, but there is no indication or evidence that Dennis McKinnon was at fault or was at all responsible for the lack of a designation. Mr. Haltom will coordinate with Mr. McKinnon to facilitate preparation of the necessary transcripts.

1         Accordingly, the court finds that there is no basis for holding Court

2    Reporter Dennis McKinnon in contempt.

3

4    DATE: May 11, 2006

5

6

7    _____

8    DAVID F. LEVI
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -