IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES

    Respondent,       No. CR S-02-21 JAM KJM P

    vs.

MIGUEL PRADO

    Movant.       <u>ORDER</u>

_____/

  Movant is a federal prisoner proceeding pro se under 28 U.S.C. § 2255. The court currently has before it motions from both parties to compel production of the case files of the attorneys who represented movant at trial and on appeal. Respondent has asked for an extension of time to respond to movant's habeas claims while the court considers the motions. The court anticipates a ruling on the motions in the near future; however, the court recognizes that the respondent's current deadline should be extended until the court reaches its decision. Therefore the extension will be granted.

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that the request for additional time to file a response to the movant's habeas claims (docket no. 284) is granted. The court will order a new deadline concurrently with its decision on the parties' motions to compel production of movant's attorneys' case files.

DATED:   October 23, 2009.

_____
U.S. MAGISTRATE JUDGE

4
prad0021.eot